UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SEPANG AIR EXECUTIVE JET SDN BHD,
F/K/A FABLE SDN BHD,

                        Plaintiff,

     -against-

HSH NORDBANK AG,
and AMENTUM CAPITAL, LTD.,

                      Defendants.
-------------------------------------------------------------x



JUDGE CHIN

Case No. 07 CIV 9810

RECEIVED NOV 05 2007 U.S.D.C. S.D.N.Y. CASHIERS

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the court to evaluate possible disqualifications or recusal, the undersigned attorney of record for plaintiff, Sepang Air Executive Jet SDN BHD, f/k/a Fable SDN BHD, certifies that the following are corporate parents, affiliates and/or subsidiaries of Sepang Air Executive Jet SDN BHD, f/k/a Fable SDN BHD, which are publicly held:

      None.

                                        _____
                                        Signature of Attorney
                                        Richard B. Cohen (RC 5103)

NY1 63388v1 10/31/07