UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SEPANG AIR EXECUTIVE JET SDN BHD,
F/K/A FABLE SDN BHD,

                          Plaintiff,               Case No. 07-cv-9810

      -against-

HSH NORDBANK AG,
and AMENTUM CAPITAL, LTD.,

                          Defendants.
------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                                  ) ss.:
COUNTY OF NEW YORK  )

    HEATHER WRENN, being duly sworn, deposes and says:

    1. I am over the age of 18, am employed by Fox Rothschild LLP and am not a party to this action.

    2. On November 13, 2007, at approximately 4:50 p.m., I personally served a copy of the Summons, Complaint, Rule 7.1 Statement, and Civil Cover Sheet in this action, along with the Individual Practices of Judge Denny Chin and Magistrate Judge Gabriel W. Gorenstein, upon Amentum Capital Ltd., at 230 Park Avenue, New York, New York by hand delivery. I personally served a male named Carl E. Stetz, who is approximately 35- 40 years old,

Caucasian, approximately five feet ten inches tall with dark hair. His title is Assistant General Counsel.

                                        /s/ Heather Wrenn
                                        Heather Wrenn

Sworn to before me this
15th day of November, 2007

/s/ Melissa A. Youngman
Notary Public, State of New York
No. 02YO6120637
Qualified in New York County
My Commission Expires December 27, 2008

NY1 71525v1 11/15/07