(CHIN, J)

# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEPANG AIR EXECUTIVE JET SDN : 
BHD, f/k/a FABLE SDN BHD, :
: 
                       Plaintiff, :
:
     v. :
:
HSH NORDBANK AG, and :
AMENTUM CAPITAL, LTD., :
:
                      Defendants. :

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/2007

07 Civ. 9810 (DC)

NOTICE OF DISMISSAL

PLEASE TAKE NOTICE the above-entitled action is hereby dismissed without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: December 4, 2007
        New York, New York

FOX ROTHSCHILD LLP
Attorneys for Plaintiff

100 Park Avenue, Suite 1500
New York, New York 10017
Attn: Richard B. Cohen, Esq.
(212) 878-7900

By: _____
     Richard B. Cohen (5103)

SO ORDERED:

Dated: New York, New York
      12/7, 2007

_____
United States District Judge Denny Chin

NY1 75283v1 12/05/07